UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        )
                                              )
JOHNNY COLEMAN                                )    Bankruptcy No. 05 B 62267
                                              )
                            Debtor.           )

## NOTICE AND ORDER

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on Trustee's Final Report and Account on **January 27, 2011** at **10:30 a.m.** in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee is ordered to appear and provide a status report at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated: December 20, 2010