UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLEMAN, JOHNNY | § | Case No. 05-62267 |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/28/2011 in Courtroom 682,
United States Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2011      By: /s/ N. Neville Reid

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| COLEMAN, JOHNNY | § | Case No. 05-62267 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,282.47 |
| and approved disbursements of | $ | 8,000.00 |
| leaving a balance on hand of[1] | $ | 19,282.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 3,478.25 | $ 0.00 | $ 3,478.25 |
| Attorney for Trustee Fees: Andrew J. Maxwell, Esq. | $ 14,651.98 | $ 0.00 | $ 14,651.98 |
| Attorney for Trustee Expenses: Andrew J. Maxwell, Esq. | $ 327.79 | $ 0.00 | $ 327.79 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,458.02 |
| Remaining Balance | $ | 824.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 8,824.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | eCast Settlement Corporation assignee of | $ 824.45 | $ 0.00 | $ 824.45 |
| 000003 | Marilynn Pritchett | $ 8,000.00 | $ 8,000.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors    $ 824.45
    Remaining Balance    $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 05-62267-JBS
Johnny Coleman                                                 Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 1                    Date Rcvd: Mar 17, 2011
                              Form ID: pdf006              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
db           +Johnny Coleman,    7923 South Throop,    Chicago, IL 60620-3832
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street   Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty          +Lorraine M Greenberg,    Lorraine M. Greenberg,    150 North Michigan Avenue,   Suite 800,
               Chicago, IL 60601-7585
aty          +Maxwell & Potts LLC,    105 West Adams Ste 3200,    Chicago, Il 60603-6209
aty          +Steven S. Potts,    Attorney at Law,    2349 Walters Avenue,   Northbrook, IL 60062-4531
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +N. Neville Reid,    Fox, Heftner et al,    200 W. Madison Street,   Suite 3000,
               Chicago, IL 60606-3417
10391694     +Auto Credit Clearinghous,    1769 Paragon Drive,    Memphis, TN 38132-1705
10391695     +Cbusasears,    Po Box 6189,   Sioux Falls, SD 57117-6189
10391696     +G M A C,    15303 S 94th Ave,   Orland Park, IL 60462-3825
10391698      GMAC,    P.O. Box 51014,    Carol Stream, IL 60125-1014
10391700     +Home Coming Funding Ne,    2711 N Haskell Ave. Sw 1,    Dallas, TX 75204-2911
10391702     +James B Nutter & Co,    4153 Broadway St,    Kansas City, MO 64111-2694
10391703     +James B. Nutten & Company,    4153 Broadway,   P.O. Box 10346,    Kansas City, MO 64171-0346
10391704     +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
10391705     +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
11129786     +Marilynn Pritchett,    c/o Janice L.Duban,    203 N. LaSalle Street,   Suite 1900,
               Chicago, Illinois 60601-1263
10391706     +Midland Credit Mgmt,    8875 Aero Dr,    San Diego, CA 92123-2251
10391707     +Peoples Energy,    130 E Randolph,    Chicago, IL 60601-6302
10768767     +Pritchet, Marilynn,    P.O. Box 201561,    Chicago, IL 60620-7561
10391701      eCast Settlement Corporation assignee of,    HSBC Bank Nevada NA/ HSBC Card,   Services III,
               POB 35480,    Newark, NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10391697     +E-mail/PDF: gecsedi@recoverycorp.com Mar 18 2011 01:28:45      Gemb/Jcp,   Po Box 984100,
               El Paso, TX 79998-4100
10391699     +E-mail/Text: bkynotice@harvardcollect.com Mar 17 2011 22:40:48      Harvard Collection Serv,
               4839 N Elston,   Chicago, IL 60630-2589
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10768768*    +Pritchet, Marilynn,    P.O. Box 201561,   Chicago, IL 60620-7561
10768769*    +Pritchet, Marilynn,    P.O. Box 201561,   Chicago, IL 60620-7561
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 19, 2011**                **Signature:** *Joseph Speetjens*