UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
COLEMAN, JOHNNY                     §        Case No. 05-62267
                                    §
         Debtor(s)                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

  3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/N. Neville Reid _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC<br>PO Box 51014<br>Carol Stream, IL 60125-1014 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James B. Nutten & Company<br>4153 Broadway<br>PO Box 10346<br>Kansas City, MO 64171 | | | | | |
| | Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAYER BROWN LLP | | | | | |
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| ANDREW J. MAXWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | PRITCHET, MARILYNN | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbusasears PO Box 6189 Sioux Falls, SD 57117 | | | | | |
| | GMAC 15303 S 94th Ave Orland Park, IL 60462 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harvard Collection Serv. 4839 N Elston Chicago, IL 60630 | | | | | |
| | Jefferson Capital Syst 16 Mcleland Rd Saint Cloud, MN 56303 | | | | | |
| | Midland Credit Mgmt. 8875 Aero Dr. San Diego, CA 92123 | | | | | |
| | Peoples Energy 130 E. Randolph Chicago, IL 60601 | | | | | |
| 000002 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000003 | MARILYNN PRITCHETT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-62267 JBS  Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | COLEMAN, JOHNNY | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | | 341(a) Meeting Date: | 02/23/06 |
| For Period Ending: | 04/19/12 | Claims Bar Date: | 08/01/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE   7329 South Claremont, Chicago, IL | 184,883.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL ESTATE   924 West Marquette Road, Chicago, IL | 177,000.00 | 0.00 | | 16,996.12 | FA |
| 3. REAL ESTATE   7331 South Claremont, Chicago, IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CASH | 20.00 | 0.00 | DA | 0.00 | FA |
| 5. SAVINGS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6. HOUSEHOLD FURNISH. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. AUTOMOBILE   2000 Grand Prix | 6,950.00 | 0.00 | DA | 0.00 | FA |
| 10. Settlement (u)   real estate sold, post petition | 0.00 | 0.00 | | 10,000.00 | FA |
| 11. Term Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 286.35 | Unknown |
| TOTALS (Excluding Unknown Values) | $455,353.00 | $0.00 | | $27,282.47 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 3/11/11; all distributions made; Final Account (TDR) filed with UST on 1/27/2012.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-62267    JBS    Judge: JACK B. SCHMETTERER | Trustee Name: | N. Neville Reid |
| Case Name: | COLEMAN, JOHNNY | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | | 341(a) Meeting Date: | 02/23/06 |
| | | Claims Bar Date: | 08/01/06 |

Fully Administered.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-62267 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | COLEMAN, JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6589 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/06 | 2 | Clerk of the Circuit Court of Cook Co. Real Estate ESC Surplus Fund Acct. Daley Center, Room 1005 Chicago, IL 60602 | Surplus Funds North Shore Community Bank Account No. 6350003276 | 1110-000 | 16,996.12 | | 16,996.12 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.45 | | 17,009.57 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.45 | | 17,024.02 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.99 | | 17,038.01 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.48 | | 17,052.49 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.02 | | 17,066.51 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.49 | | 17,081.00 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.51 | | 17,095.51 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.11 | | 17,108.62 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.52 | | 17,123.14 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.08 | | 17,137.22 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.55 | | 17,151.77 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.09 | | 17,165.86 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.59 | | 17,180.45 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.59 | | 17,195.04 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.95 | | 17,205.99 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 10.97 | | 17,216.96 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 9.20 | | 17,226.16 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 8.24 | | 17,234.40 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.83 | | 17,241.23 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 4.10 | | 17,245.33 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.08 | | 17,249.41 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.53 | | 17,252.94 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.19 | | 17,255.13 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.12 | | 17,257.25 |
| | | | Page Subtotals | | 17,257.25 | 0.00 | |

Ver: 16.06a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-62267 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | COLEMAN, JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6589 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.19 | | 17,259.44 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.19 | | 17,261.63 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.12 | | 17,263.75 |
| 10/29/08 | 10 | Michael Smith | Proceeds from sale of home | 1249-000 | 2,900.00 | | 20,163.75 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.67 | | 20,165.42 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.63 | | 20,167.05 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 20,168.06 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,168.23 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 20,168.38 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,168.56 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 20,169.00 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,169.51 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,170.01 |
| 07/08/09 | 10 | Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 800.00 | | 20,970.01 |
| 07/08/09 | 10 | Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 21,970.01 |
| 07/08/09 | 10 | Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 22,970.01 |
| 07/08/09 | 10 | Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 23,970.01 |
| 07/08/09 | 10 | Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 24,970.01 |
| 07/08/09 | 10 | Michael Smith | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 25,970.01 |

Page Subtotals      8,712.76      0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-62267 -JBS | | Trustee Name: | N. Neville Reid |
| Case Name: | COLEMAN, JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6589 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/09 | 10 | 7329 S. Claremont<br>Chicago, IL 60636<br>Michael Smith | Settlement pymt/Proceeds from home | 1249-000 | 1,000.00 | | 26,970.01 |
| 07/30/09 | 10 | 7329 S. Claremont<br>Chicago, IL 60636<br>Michael Smith<br>7329 S. Claremont<br>Chicago, IL 60636 | Settlement pymt/Proceeds from home | 1249-000 | 300.00 | | 27,270.01 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 27,270.63 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,271.32 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,271.99 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,272.68 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,273.35 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,274.04 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,274.73 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.63 | | 27,275.36 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 27,276.06 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,276.73 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,277.42 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.68 | | 27,278.10 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 27,278.79 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.70 | | 27,279.49 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 27,280.16 |
| 10/28/10 | 000301 | Marilynn Pritchett<br>c/o James Irving<br>203 N. LaSalle Street<br>Suite 1900<br>Chicago, Illinois 60601 | Payment of Claim | 7100-000 | | 8,000.00 | 19,280.16 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 19,280.83 |

Page Subtotals        1,310.82      8,000.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2             Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 05-62267 -JBS | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | COLEMAN, JOHNNY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6589 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4041 | | |
| For Period Ending: | 04/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,281.31 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,281.80 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,282.29 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,282.44 |
| 03/07/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 19,282.47 |
| 03/07/11 | | Transfer to Acct #*******6864 | Final Posting Transfer | 9999-000 | | 19,282.47 | 0.00 |

|  | COLUMN TOTALS | 27,282.47 | 27,282.47 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 19,282.47 | |
|  | Subtotal | 27,282.47 | 8,000.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 27,282.47 | 8,000.00 | |

Page Subtotals     1.64     19,282.47

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-62267 -JBS | | Trustee Name: | N. Neville Reid |
| --- | --- | --- | --- | --- |
| Case Name: | COLEMAN, JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6864  BofA - Checking Account |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/07/11 | | Transfer from Acct #*******6589 | Transfer In From MMA Account | 9999-000 | 19,282.47 | | 19,282.47 |
| 07/11/11 | 003001 | Andrew J. Maxwell | Fees & Expenses | | | 14,979.77 | 4,302.70 |
| | | | Fees          14,651.98 | 3210-000 | | | |
| | | | Expenses         327.79 | 3220-000 | | | |
| * 11/14/11 | 003002 | N. Neville Reid as Trustee | Chapter 7 Compensation/Fees | 2100-003 | | 3,478.25 | 824.45 |
| | | 200 West Madison Street | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| * 11/14/11 | 003003 | Andrew J. Maxwell, Esq. | Attorney for Trustee Fees (Other Fi | | | 824.45 | 0.00 |
| | | Maxwell & Potts, LLC | | | | | |
| | | 105 West Adams Street, Suite 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees             806.41 | 3210-003 | | | |
| | | | Expenses          18.04 | 3220-003 | | | |
| * 11/17/11 | 003003 | Andrew J. Maxwell, Esq. | Attorney for Trustee Fees (Other Fi | | | -824.45 | 824.45 |
| | | Maxwell & Potts, LLC | | | | | |
| | | 105 West Adams Street, Suite 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| | | | Fees        (   806.41 ) | 3210-003 | | | |
| | | | Expenses    (    18.04 ) | 3220-003 | | | |
| 11/17/11 | 003004 | eCast Settlement Corporation | Payment of Claim #2 | 7100-000 | | 824.45 | 0.00 |
| | | assignee of HSBC Bank Nevada NA | | | | | |
| | | HSBC Card Services III | | | | | |
| * 12/21/11 | 003002 | N. Neville Reid as Trustee | Chapter 7 Compensation/Fees | 2100-003 | | -3,478.25 | 3,478.25 |
| | | 200 West Madison Street | Amended court order to have check made payable to | | | | |
| | | CHICAGO, IL  60606 | Mayer Brown LLP | | | | |
| 12/21/11 | 003005 | Mayer Brown LLP | Chapter 7 Compensation | 2100-000 | | 3,478.25 | 0.00 |

Page Subtotals       19,282.47       19,282.47

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-62267 -JBS | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | COLEMAN, JOHNNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6864  BofA - Checking Account |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 04/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,282.47 | 19,282.47 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 19,282.47 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,282.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 19,282.47 | |

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Money Market Account (Interest Earn - ********6589 | 27,282.47 | 8,000.00 | 0.00 |
| | BofA - Checking Account - ********6864 | 0.00 | 19,282.47 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 27,282.47 | 27,282.47 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)